# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>   v.<br><br>ADAN LIMON (3),<br>MARIO ALBERTO NUNEZ MURILLO (5),<br>CHRISTIAN OLIVAS GONZALEZ (10),<br>JOSE LUIS PELAYO PEREZ (11),<br>MARIVEL DIAZ (12)<br><br>          Defendants. | Case No. 22-CR-146 JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT**<br><br>The Honorable Janis L. Sammartino |

Pursuant to joint motion and good cause having been shown, the Court continues the upcoming motion hearing/trial setting from February 25, 2022 to April 1, 2022, at 1:45 p.m., and orders time excluded from the date of this order through April 1, 2022, under the Speedy Trial Act. For the reasons provided in the parties' joint motion, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Defendants released on bond shall file an acknowledgement of the new hearing date within one week of this order.

**SO ORDERED.**

Dated: February 23, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge