# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOSE LUIS PELAYO PEREZ (11)<br><br>　　　　　　Defendant | Case NO. 22 CR 146-JLS<br><br>ORDER CONTINUING<br>SENTENCING HEARING |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Sentencing Hearing date hearing currently set for December 9, 2022 at 9:00 a.m. be continued until January 27, 2023 at 10:30 a.m. Time is excluded under the Speedy Trial Act.

　　　IT IS SO ORDERED.

Dated: September 20, 2022

　　　　　　　　　　　　　　　　　　_Janis L. Sammartino_
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge